No. 99–6300. TELLIER v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 99–6301. MACKAY v. WEINER. C. A. 3d Cir. Certiorari denied.

No. 99–6308. KING v. MTA BRIDGES AND TUNNELS ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–6312. PRESTIA v. O'CONNOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–6314. VENEGAS v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6316. MCKIMBLE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–6318. IRVING v. GURNEY. C. A. 4th Cir. Certiorari denied.

No. 99–6325. MCLAUGHLIN v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Bladen County, N. C. Certiorari denied.

No. 99–6326. NEWTON v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 99–6332. REED-BEY v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–6333. PENNUCCI v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–6338. BRANCH v. MINNESOTA ET AL. Ct. App. Minn. Certiorari denied.

No. 99–6343. RIDDICK v. WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 99–6354. SCOTT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6356. ROLL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.